**Complaint Attachment**

**Michael Bourque et al.**

(1) Michael BOURQUE
(2) Robert HAGENAARS
(3) Brian CHISHOLM
(4) Barry GOOLST
(5) Phillip GOOLST
(6) Thomas EHWA
(7) Frank MCGUIRE
(8) Michael ROY
(9) Christopher YANCEY
(10) Corey ASSENCOA
(11) Sean COTTER
(12) Mark NEWTON
(13) Mark OUELLETTE
(14) John KINNEY
(15) Raymond PANAGGIO