UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 13-MJ-2185-MBB |
| v. ) | |
| ) | **Filed Under Seal** |
| (1)  Michael BOURQUE, ) | |
| (2)  Robert HAGENAARS, ) | |
| (3)  Brian CHISHOLM, ) | |
| (4)  Barry GOOLST, ) | |
| (5)  Phillip GOOLST, ) | |
| (6)  Thomas EHWA, ) | |
| (7)  Frank MCGUIRE, ) | |
| (8)  Michael ROY, ) | |
| (9)  Christopher YANCEY, ) | |
| (10) Corey ASSENCOA, ) | |
| (11) Sean COTTER, ) | |
| (12) Mark NEWTON, ) | |
| (13) Mark OUELLETTE, ) | |
| (14) John KINNEY, and ) | |
| (15) Raymond PANAGGIO, ) | |
| ) | |
| Defendants. ) | |

[Handwritten marginalia, left margin: "May 8, 2013. Allowed. Marianne B. Bowler USMJ"]

## GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT AND RELATED PAPERWORK

The government hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, including any related search warrant, search warrant application, and associated paperwork, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the above-named defendants, who all remain at large.

The government further moves pursuant to General Order 06-05 that the government be provided copies of all sealed documents which the government has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Michael I. Yoon
Michael I. Yoon
Assistant U.S. Attorney

Date: May 8, 2013