# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America
v.
MICHAEL ROY
*Defendant*

Case No. 13-MJ-2185-MBB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL ROY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER, USMJ
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-MJ-2185-MBB |
| BARRY GOOLST | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   BARRY GOOLST                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to Distribute Oxycodone


Date: May 8, 2013

Issuing officer's signature: Marianne B. Bowler, USMJ

City and state:   Boston, Massachusetts

Printed name and title: MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  5/9/2013

Arresting officer's signature

Printed name and title

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**ROBERT HAGENAARS**<br>*Defendant* | Case No: 13-MJ-2185-MBB |

*(stamps: IN CLERKS OFFICE 2013 MAY 17 P 2:01; U.S. DISTRICT COURT DISTRICT OF MASS.)*

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT HAGENAARS                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state:  Boston, Massachusetts

*Issuing officer's signature:* Marianne B. Bowler, USMJ
*Printed name and title:* MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER YANCEY<br>*Defendant* | )<br>)<br>)  Case No. 13-MJ-2185-MBB<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER YANCEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____  WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-MJ-2185-MBB |
| JOHN KINNEY | ) | |
| Defendant | ) | |

*FILED IN CLERK'S OFFICE 2013 MAY 17 2:02 U.S. DISTRICT COURT DISTRICT OF MASS.*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN KINNEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature* Marianne B. Bowler, USMJ

City and state:  Boston, Massachusetts

*Printed name and title* MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

9211226

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| MARK OUELLETTE | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT 2013 MAY 17 P 02 DISTRICT OF MASS.*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARK OUELLETTE                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| SEAN COTTER | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **SEAN COTTER**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____  WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/8/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY P 2: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
| v. | ) |
| MICHAEL BOURQUE | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL BOURQUE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

Marianne B. Bowler, USMJ
*Issuing officer's signature*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013            *Arresting officer's signature*

*Printed name and title*

4

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| COREY ASSENCOA | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* COREY ASSENCOA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Issuing officer's signature*
MARIANNE B. BOWLER, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2: 01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANK MCGUIRE | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FRANK MCGUIRE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute Oxycodone

Date: May 8, 20

City and state: Boston, Massachusetts

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2023

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| PHILLIP GOOLST | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

*FILED IN CLERKS OFFICE 2013 MAY 17 P 2:01 U.S. DISTRICT COURT DISTRICT OF MASS.*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHILLIP GOOLST,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERK'S OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS EHWA | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  THOMAS EHWA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Issuing officer's signature:* Marianne B. Bowler, USMJ
*Printed name and title:* MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY _DEA_ — *Arresting officer's signature*
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  5/9/2013
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE

2013 MAY 17 P 2:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRIAN CHISHOLM | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRIAN CHISHOLM,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Issuing officer's signature*: Marianne B. Bowler USMJ

*Printed name and title*: MARIANNE B. BOWLER UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) |
| MARK NEWTON | ) Case No. 13-MJ-2185-MBB |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MARK NEWTON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state:  Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) |
| RAYMOND PANAGGIO | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAYMOND PANAGGIO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state:   Boston, Massachusetts

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____   WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*